IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY DuROSS,

    Petitioner,               No. CIV S-08-0240 WBS JFM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.            ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed a document styled as a petition for writ of mandate.  It appears that petitioner is seeking to challenge a conviction and sentence imposed on him by a state court in 1999.  In order to challenge a state court conviction, petitioner must file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and petitioner must either pay the required filing fee ($5.00) or file an application requesting leave to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be given an opportunity to file a petition for writ of habeas corpus to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner is granted thirty days from the date of service of this order to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, which must bear the docket number assigned to this case; petitioner must file an original and two copies of the petition.

1

1 Petitioner shall also submit, within thirty days from the date of this order, the application to
2 proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the
3 amount of $5.00.  Petitioner's failure to comply with this order will result in a recommendation
4 that this matter be dismissed.

      2.  The Clerk of the Court is directed to send petitioner the court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and accompanying instructions and an Application to Proceed In Forma Pauperis by a Prisoner.

DATED: May 27, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
duro0240.nocompl

2