IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY DuROSS,

    Petitioner,           No. 2:08-cv-0240 WBS JFM (HC)

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.           FINDINGS AND RECOMMENDATIONS

    _____/

           By order filed May 29, 2008, petitioner was granted thirty days in which to file a petition for writ of habeas corpus and an application to proceed in forma pauperis or the $5.00 filing fee for habeas corpus action. The thirty day period has now expired, and petitioner has not filed a petition for writ of habeas corpus or an application to proceed in forma pauperis, nor has he paid the $5.00 filing fee for this action or otherwise responded to the court's order.

           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

           These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

PDF created with pdfFactory trial version www.pdffactory.com

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: July 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/duro0240.ftahab

PDF created with pdfFactory trial version www.pdffactory.com