IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY DuROSS,

    Petitioner,                    No. 2:08-cv-0240 WBS JFM (HC)

    vs.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

    Respondents.           <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this civil action. On July 21, 2008, the magistrate judge issued findings and recommendations recommending dismissal of the action without prejudice due to petitioner's failure to comply with the magistrate judge's May 29, 2008 order. On August 20, 2008, this court adopted those findings and recommendations in full and dismissed the action without prejudice. Judgment was entered on the same day.

        On August 26, 2008, petitioner filed a response to the court's August 20, 2008 order. It appeared from the response and the record in this action that petitioner did not receive a copy of the magistrate judge's July 21, 2008 findings and recommendations. For that reason, on September 5, 2008, the court vacated its August 20, 2008 order and the judgment thereon, directed the Clerk of the Court to re-serve a copy of the July 21, 2008 findings and recommendations on petitioner at his address of record, and granted petitioner twenty days to file

1

1  objections to the July 21, 2008 findings and recommendations.  That twenty day period has
2  expired and petitioner has not filed objections to the findings and recommendations.
3         As noted in the August 20, 2008 order, the court has reviewed the file and finds
4  the findings and recommendations to be supported by the record and by the magistrate judge's
5  analysis.  Accordingly, IT IS HEREBY ORDERED that:
6         1. The findings and recommendations filed July 21, 2008, are adopted in full; and
7         2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R.
8  Civ. P. 41(b).
9  DATED:  October 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/duro0240.801hc